CAROLINE SHEPHERD, Respondent, v. JAY O. ROBERTSON, Appellant.—Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

■

EDWARD H. AUER, Appellant, v. MARIE AUER, Respondent.— In an action for divorce or, in the alternative, for separation on the ground of mental cruelty, order and judgment dismissing the complaint after trial, unanimously affirmed, with costs. No opinion. Present — Carswell, Acting P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *post*, p. 707.]

■

GENERAL ACCIDENT FIRE AND LIFE ASSURANCE CORPORATION, LTD., Respondent, v. WALTER V. RUPP et al., Appellants, et al., Defendants.— Order denying motion to compel plaintiff separately to state and number causes of action affirmed, with $10 costs and disbursements. In our opinion the facts alleged in each of the causes of action set forth in the amended complaint state several grounds for only one claimed primary right. (*Payne* v. *New York, S. & W. R. R. Co.*, 201 N. Y. 436, 441, 444.) The stated appeal from the "decision" of the court below is dismissed, without costs. (6 Carmody on New York Practice, § 12.) Nolan, P. J., Carswell, Adel, Sneed and MacCrate, JJ., concur.

■

EVA HAMMER, Respondent, v. IRVING POMERANTZ et al., Appellants.—In an action to compel the removal of an extension to a dwelling house, constructed in violation of a restrictive covenant contained in a recorded declaration, judgment ordering removal of the structure or the payment of damages in the alternative, unanimously affirmed, with costs. No opinion. Present — Johnston, Adel, Wenzel and MacCrate, JJ.; Nolan, P. J., not voting.